938 A.2d 981

**Timothy WALKER, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPT OF CORRECTIONS AT ALBION, Respondent.**

**No. 97 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 11, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus Relief is granted. The De-

partment of Corrections is directed to comply with the order of the Philadelphia County Common Pleas Court.